Steven D. Seiler (SBN 127842)
Giles E. Imrie (SBN 248229)
**Seiler Epstein Ziegler & Applegate LLP**
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Phone: (415) 979-0500
Fax:    (415) 979-0511

Attorneys for Plaintiff
Mac Property Holdings, LLC

**Lorraine Loftus**
4024 St. Andrews Way
Antioch, CA  94509
Phone: (925) 864-9657

Defendant In Pro Per

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAC PROPERTY HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LORRAINE LOFTUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: C11-02113 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND CASE** |

Plaintiff Mac Property Holdings, LLC, by and through their respective counsel of record ("Plaintiff") and defendant Lorraine Loftus, in pro per, ("Defendant"), hereby request, and stipulate to, a court order that remands this case to the Superior Court of California, County of Contra Costa.  The parties' request and stipulation are based on the following:

1. On March 22, 2011, Plaintiff filed an unlawful detainer action in state court, entitled *Mac Property Holdings, LLC v. Lorraine Loftus*, Superior Court of California, County of Contra Costa, Case No. PS11-0517.

2. On April 28, 2011, Defendant filed a Notice of Removal of Case to Federal Court Pursuant to 28 U.S.C. §§ 1331 and 1446 (Doc. 1).

3. The parties have since agreed to settle the case pursuant to a written agreement and stipulation for judgment that will ultimately be filed in the Superior Court of California once the case is remanded.

4. In an effort to resolve this case expeditiously and inexpensively, the parties hereby stipulate and agree that this case should be remanded to the Superior Court of California.

Accordingly, in an effort to promote settlement and ensure the just, expeditious, and inexpensive resolution of this case, it is hereby stipulated and agreed by the undersigned parties that the above captioned case be remanded to the Superior Court of California, County of Contra Costa, Pittsburg Division.

Dated: May 6, 2011

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP

By: /s/ Giles E. Imrie
    Giles E. Imrie, Esq.

Attorneys for Plaintiff Mac Property Holdings, LLC.

Dated: May 6, 2011

**Lorraine Loftus**

By: *Lorraine Loftus*
    Lorraine Loftus

Defendant In Pro Per.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/11/2011

UNITED STATES DISTRICT JUDGE